# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| UNITED STATES OF AMERICA, | 2:10-CV-562 JCM (GWF) |
|---|---|
| Plaintiff, | |
| v. | |
| $613.23 IN UNITED STATES CURRENCY, | |
| Defendant. | |

### ORDER

Presently before the court is the government's motion for clerk's entry of default. (Doc. #22). The present case has been closed due to this court's granting of the stipulated settlement agreement and entry of judgment of forfeiture. (Doc. #21). Accordingly, this court does not find it appropriate to enter default.

Therefore,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED, that the government's motion for entry of default (doc. #22) be, and the same hereby is, DENIED.

DATED February 9, 2012.

*/s/ James C. Mahan*
UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**